IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-3277 |
| | ) | |
| JARROD W. SHINN and CAMMIE M. SHINN, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1. A notice required in accordance with 735 ILCS 15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

2. The terms of sale were fair and not unconscionable;

3. The sale was conducted fairly and without fraud;

4. Justice was done by the sale;

5. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

6. This Court obtained personal jurisdiction over the Defendant, who is personally liable to Plaintiff for the deficiency from the sale.

IT IS THEREFORE ORDERED:

A. That the U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. That the U.S. Marshal is directed to issue a deed to the holder of the Certificate of Sale, sufficient to convey title pursuant to 735 ILCS l5-l509(a);

C. That the holder of the Certificate of Sale or deed issued pursuant to the Certificate of Sale shall be entitled to possession of the real estate at issue on the 31st day after entry of this Opinion;

D. That in the event possession is withheld on the 31st day after entry of this Opinion, the purchaser of the property shall be given possession effective immediately upon entry of this Opinion in compliance with 735 ILCS 5/15-1701(c)(1).

E. That there is no just reason to delay enforcement of or appeal from this final Opinion.

ENTER: July 22, 2011.

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE